IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

WILLIAM MARK JOHNSON                                                    PLAINTIFF

V.                                   NO.  3:08cv00122 JWC

MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration                                                 DEFENDANT

## JUDGMENT

Pursuant to the Memorandum Opinion and Order entered this date, judgment is entered affirming the final decision of the Commissioner and dismissing Plaintiff's case with prejudice; the relief sought is denied.

IT IS SO ORDERED this 29th day of September, 2009.

_____
UNITED STATES MAGISTRATE JUDGE